AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| United States of America<br>v.<br>Jeffrey Allen Petersen<br>*Defendant* | ) ) ) ) ) ) | Case No. CR 25-379 PJS/DLM |
|---|---|---|

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jeffrey Allen Petersen ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Counts 1-8: Threatening to Murder a Unites States Judge 18:115(a)(1)(B) and (b)(4)
Count 9: Threatening to Murder a United States Official 18:115(a)(1)(B) and (b)(4)
Count 10: Threatening to Murder United States Officials 18:115(a)(1)(B) and (b)(4)
Counts 11-20: Interstate Transmission of a Threat to Injure the Person of Another 18:875(c)

Date: 10/07/2025

City and state: Minneapolis, MN

*Issuing officer's signature*
Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____