# UNITED STATES DISTRICT COURT
## for
## District of Minnesota

U.S.A. vs. Jeffrey Allen Petersen    Docket No. 0864 0:25CR00379-001

### Petition for Action on Conditions of Pretrial Release

  COMES NOW Brian S. James, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **Jeffrey Allen Petersen** who was placed under pretrial supervision by the Honorable <u>Dulce J. Foster</u>, sitting in the Court at <u>Minneapolis</u> on the <u>10th day of October, 2025,</u> under the following special conditions:

- Pretrial Services Supervision
- Surrender Passport
- Obtain No New Passport
- Travel Restrictions
- No Contact with Victim/Witness
- Mental Health Treatment
- Alcohol Abstinence
- Weapons Restriction
- No Illegal Use of Controlled Substances
- Substance Abuse Testing
- Location Monitoring Program
- Report Law Enforcement Contact
- Computer/Internet Restrictions
- Computer Search
- General Search

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The below actions violate the defendant's conditions of release pursuant to 18 U.S.C. § 3148.

On December 11, 2025, the defendant was found in possession of three prohibited internet-capable devices. The defendant admitted to recently using the devices to access the internet.

PRAYING THAT THE COURT WILL ORDER:

That a warrant be issued for the defendant's arrest and a hearing be held to show cause why his pretrial release should not be revoked.

ORDER OF THE COURT

Considered and ordered this __12th__ day of __December__, 2025, and ordered filed and made a part of the records in the above case.

*s/David T. Schultz*
David T. Schultz
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Brian James
Brian S. James
Senior U.S. Probation Officer
612-664-5364

Executed on    December 12, 2025

Place          Minneapolis

Approved:

*Heather Otepka*
Heather Otepka
Supervisory U.S. Probation Officer