UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-379 (PJS/DLM)

| UNITED STATES OF AMERICA, | ) | **SUPERSEDING INDICTMENT** |
|---|---|---|
| Plaintiff, | )<br>)<br>) | 18 U.S.C. § 115(a)(1)(B)<br>18 U.S.C. § 115(b)(4) |
| v. | )<br>) | 18 U.S.C. § 875(c) |
| JEFFREY ALAN PETERSEN,<br>a/k/a JEFFREY ALLEN PETERSEN, | )<br>)<br>) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNTS 1 - 8
(Threatening to Murder a United States Judge)

On or about the dates listed below, in the State and District of Minnesota, the defendant,

**JEFFREY ALLEN PETERSEN**,

did knowingly threaten to murder the below-listed United States judges, with the intent to retaliate against said United States judges on account of the performance of official duties, namely,

| Count | Date | United States Judge |
|---|---|---|
| 1 | July 13, 2025 | United States District Judge 1 of the Central District of California |
| 2 | July 13, 2025 | United States District Judge 2 of the District of Columbia |
| 3 | July 15, 2025 | United States District Judge 3 of the District of Maryland |
| 4 | July 15, 2025 | United States Judge 4, an Associate Justice of the Supreme Court |


SCANNED
JAN 21 2026
U.S. DISTRICT COURT MPLS

| Count | Date | United States Judge |
|---|---|---|
| 5 | July 16, 2025 | United States District Judge 5 of the Eastern District of New York |
| 6 | July 16, 2025 | United States District Judge 6 of the Western District of Washington |
| 7 | July 16, 2025 | United States District Judge 7 of the District of Oregon |
| 8 | July 21, 2025 | United States District Judge 8 of the District of Maine |

all in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

## COUNT 9
(Threatening to Murder a United States Official)

On or about July 15, 2025, in the State and District of Minnesota, the defendant,

**JEFFREY ALLEN PETERSEN**,

did knowingly threaten to murder a United States Official, namely, United States Official 9, a United States Congressperson from California, with intent to retaliate against said Congressperson on account of the performance of official duties, all in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

## COUNT 10
(Threatening to Murder United States Officials)

On or about July 21, 2025, in the State and District of Minnesota, the defendant,

**JEFFREY ALLEN PETERSEN**,

did knowingly threaten to murder United States Officials, namely, United States Official 9, a United States Congressperson from California, United States Official 10,

United States v. Jeffrey Allen Petersen                              Criminal No. 25-379 (PJS/DLM)

a United States Congressperson from New York, United States Official 11, a United States Congressperson from New York, United States Official 12, a United States Congressperson from Texas, United States Official 13, a United States Congressperson from New York, United States Official 14, a United States Congressperson from Minnesota, United States Official 15, a United States Congressperson from Massachusetts, United States Official 16, a United States Congressperson from Michigan, United States Official 17, a United States Congressperson from Texas, United States Official 18, a United States Congressperson from Pennsylvania, and United States Official 19, a United States Congressperson from Illinois, with intent to retaliate against said Congresspersons on account of the performance of official duties, all in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

## COUNTS 11 - 20
(Interstate Transmission of a Threat to Injure the Person of Another)

On or about the dates listed below, in the State and District of Minnesota, the defendant,

**JEFFREY ALLEN PETERSEN**,

did knowingly transmit, in interstate and foreign commerce, communications consisting of online posts containing a threat to injure the person of another, namely,

| Count | Date | Person | Communication |
| --- | --- | --- | --- |
| 11 | July 13, 2025 | United States District Judge 1 of the Central District of California | That POS Judge, [District Judge 1], MUST have her life ENDED Immediately! Get it done, Patriots!! |

United States v. Jeffrey Allen Petersen                Criminal No. 25-379 (PJS/DLM)

| Count | Date | Person | Communication |
|---|---|---|---|
| | | | 2 Questions: Why has No One Killed that POS judge, [District Judge 1],, YET? For Christs sake, Patriots, what the Hell are you waiting for?<br><br>WORNG! [sic] For Christs sake, that POS judge does NOT deserve to remain Above Ground another Minute -- let alone, another Day!<br><br>If I was President, I Definitely would have that POS judge, [District Judge 1], Executed Immediately! |
| 12 | July 13, 2025 | United States District Judge 2 of the District of Columbia | That POS, rigger, [sic] District Judge [District Judge 2], will SOON be DEAD! Mark my words! Afterward, Ill be throwing a Huge Party --- with NO riggers Allowed! |
| 13 | July 15, 2025 | United States District Judge 3 of the District of Maryland | GREAT NEWS: That POS District Judge, [District Judge 3], will soon be Deceased! And, Ill be throwing a HUGE party afterward -- for white people, ONLY, of course! Wish me Luck!<br><br>WRONG! That POS District Judge, [District Judge 3], will soon be Deceased! Mark my words! And, thank ME afterwards! |
| 14 | July 15, 2025 | United States Judge 4, an Associate Justice of the Supreme Court | I know where that POS, [United States Judge 4], lives -- and I GUARANTEE that she will soon be Dead -- FINALLY! Afterward, I will be throwing a |

4

<u>United States v. Jeffrey Allen Petersen</u>                                        Criminal No. 25-379 (PJS/DLM)

| Count | Date | Person | Communication |
|---|---|---|---|
|  |  |  | Huge Party! ALL White Supremacists, in good standing, are invited to attend the Celebration!. <br><br> Retard Ryan, I know where that POS, [United States Judge 4], lives – and I GUARANTEE that she will soon be Dead – FINALLY! That BS Dept. Of Education will soon be DEAD, as well! And YOU deserve the SAME! |
| 15 | July 16, 2025 | United States District Judge 5 of the Eastern District of New York | The POS, Judge [District Judge 5], will soon be Deceased! I GUARANTEE it! I know EXACTLY where, in NY, he lives! Be sure to send black floweres [sic] to his wake! And wish me Luck! |
| 16 | July 16, 2025 | United States District Judge 6 of the Western District of Washington | GREAT NEWS: I intend to make CERTAIN that POS rigger, Judge [District Judge 6], recieves [sic] his (much Deserved) Execution! I know EXACTLY where he lives in Turnersville, NJ! Consider him Dead! |
| 17 | July 16, 2025 | United States District Judge 7 of the District of Oregon | That POS woman Judge, [District Judge 7], will SOON receive her, Much Deserved, Execution! I know where, in Portland, she lives! Consider her DEAD! |
| 18 | July 21, 2025 | United States District Judge 8 of the District of Maine | That POS U.S. District Judge, [District Judge 8], will soon be pushing up Dasies! [sic] I know |

5

United States v. Jeffrey Allen Petersen                    Criminal No. 25-379 (PJS/DLM)

| Count | Date | Person | Communication |
|---|---|---|---|
|  |  |  | Exactly where she lives in Maine! Wish me Luck! |
| 19 | July 15, 2025 | United States Official 9, a United States Congressperson from California | That POS, [United States Official 9], will soon be Dead! I know EXACTLY where he lives in LA County! Ill be throwing a Huge party, afterward! ALL White Supremacists, in good standing, are invited! |
| 20 | July 21, 2025 | United States Official 9, a United States Congressperson from California, United States Official 10, a United States Congressperson from New York, United States Official 11, a United States Congressperson from New York, United States Official 12, a United States Congressperson from Texas, United States Official 13, a United States Congressperson from New York, United States Official 14, a United States Congressperson from Minnesota, United States Official 15, a United States Congressperson from Massachusetts, United States Official 16, a United States Congressperson from Michigan, United States Official 17, a United States Congressperson from Texas, United States Official 18, a United States Congressperson from Pennsylvania, and United States Official 19, a United States Congressperson from Illinois | This is GREAT! Now I can use a, high-powered, firearm to take care of [United States Official 10], [United States Official 9], [United States Official 11], [United States Official 12], and the Squad members [United States Officials 13 – 19] -- for starters! Wish me Luck! |

United States v. Jeffrey Allen Petersen                Criminal No. 25-379 (PJS/DLM)

with the purpose of issuing a threat, and with knowledge that the communication would be viewed as a threat, and consciously disregarding a substantial and unjustifiable risk that the communication would be viewed as a threat, all in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY                FOREPERSON